first-degree statutory rape, he would receive no more than a fifteen-year sentence.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).

■

**Bobby HAMM, Jr., Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 75489.**

Missouri Court of Appeals,
Western District.

July 23, 2013.

Erika Eliason, Columbia, MO, for appellant.

Todd Smith, Jefferson City, MO, for respondent.

Before GARY D. WITT, P.J., THOMAS H. NEWTON, and MARK D. PFEIFFER, JJ.

## ORDER

PER CURIAM:

Mr. Bobby Hamm, Jr. appeals the trial court's judgment denying a Rule 24.035 motion for post-conviction relief. He alleges ineffective assistance of counsel because plea counsel assured him that by entering an open plea to the charge of